WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED BY FAILING TO ORDER A REHEARING ON SENTENCE.

No briefs will be filed under Rule 25.

No. 14–0057/AF. U.S. v. William R. Jones. CCA 38028. Review granted on the following issue:

PURSUANT TO THE SUPREME COURT'S HOLDING IN *RYDER v. UNITED STATES*, 515 U.S. 177 (1995), APPELLANT IS ENTITLED TO A HEARING BEFORE A PROPERLY CONSTITUTED PANEL OF THE AIR FORCE COURT OF CRIMINAL APPEALS (AFCCA). WAS PETITIONER DENIED THAT RIGHT WHEN HIS CASE WAS HEARD BY A CIVILIAN JUDGE WHO WAS NOT PROPERLY APPOINTED TO THE AFCCA?

No briefs will be filed under Rule 25.

No. 14–0060/AF. U.S. v. Jeremy J. Grawey. CCA S32029. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

No briefs will be filed under Rule 25.

No. 14–0125/AF. U.S. v. Danny L. Annis. CCA 38001. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

No briefs will be filed under Rule 25.

No. 14–0138/AF. U.S. v. Danny M. Burns. CCA 37847. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

No briefs will be filed under Rule 25.

No. 14–0156/AF. U.S. v. Devon P. Johnson. CCA S32047. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

No briefs will be filed under Rule 25.

No. 14–0157/AF. U.S. v. Alphonso K. Dixon. CCA S32061. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

No briefs will be filed under Rule 25.